**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X

FCX SOLAR, LLC,

                *Plaintiff*,

    v.                                        Case No. 1:21-cv-03556-RA

FTC SOLAR, INC.,

                *Defendant.*

------------------------------------------------------- X

### NOTICE OF DEFENDANT FTC SOLAR, INC.'S PARTIAL MOTION TO DISMISS AND FOR A MORE DEFINITE STATEMENT

PLEASE TAKE NOTICE that, upon the Complaint (ECF No. 1), the accompanying Memorandum of Law in Support of Defendant FTC Solar, Inc.'s Partial Motion to Dismiss and for a More Definite Statement, the Declaration of Noelle M. Reed, dated July 2, 2021, and the exhibits thereto, and all prior papers and proceedings herein, Defendant FTC Solar, Inc. will move this Court, before the Honorable Ronnie Abrams, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time designated by the Court, pursuant to Rules 9(b), 12(b)(6), and 12(e) of the Federal Rules of Civil Procedure, for an Order (i) dismissing Plaintiff's Second and Third Claims for Relief with prejudice; (ii) requiring Plaintiff to amend its First Claim for Relief with a more definite statement; and (iii) for such other and further relief as this Court may deem just and proper.

| | |
|---|---|
| Dated: Houston, Texas<br>July 2, 2021 | Respectfully submitted,<br><br>*/s/ Noelle M. Reed*<br>Noelle M. Reed<br>Daniel S. Mayerfeld (*pro hac vice* forthcoming)<br>William S. O'Hare<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>1000 Louisiana Street, Suite 6800<br>Houston, Texas 77002<br>Tel: (713) 655-5122<br>Fax: (713) 483-9122<br>Email: noelle.reed@skadden.com<br>       daniel.mayerfeld@skadden.com<br>       william.ohare@skadden.com<br><br>ATTORNEYS FOR DEFENDANT FTC SOLAR, INC. |