UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
FCX SOLAR, LLC,

              *Plaintiff*,

v.                                     Case No. 1:21-cv-03556-RA

FTC SOLAR, INC.,

              *Defendant.*
------------------------------------------------------- X

## DECLARATION OF NOELLE M. REED IN SUPPORT OF DEFENDANT FTC SOLAR, INC.'S PARTIAL MOTION TO DISMISS AND FOR A MORE DEFINITE STATEMENT

NOELLE M. REED declares under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member of the Bar of this Court and a Partner with the law firm Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendant FTC Solar, Inc. in the above-captioned matter.

2. Attached as Exhibit 1 is a true and correct copy of a complaint filed on May 29, 2021, in the suit captioned *FCX Solar, LLC v. FTC Solar, Inc.*, No. 6:21-cv-548-ADA (W.D. Tex.).

3. Attached as Exhibit 2 is a true and correct copy of a November 30, 2020 letter from Brian R. Coleman to Anthony Etnyre.

Executed in Houston, Texas on July 2, 2021.

                                                       Noelle M. Reed