# EXHIBIT F

| | |
|---|---|
| From: | Frank Oudheusden |
| Sent: | Thursday, March 21, 2019 6:18 PM EDT |
| To: | Tony Etnyre |
| CC: | Chris Needham; Mitch Bowman |
| Subject: | Re: FCX IP Term Sheet |
| Attachments: | FCX_SAT_Term_Sheet_FTC_Solar_3_21_2019_v1_with_addendum_fully_executed.pdf |

Tony,

   Attached is the fully executed copy of the term sheet for your records.  Chris and I will send off to our attorney today and have them start on the license agreement.

   Thanks for turning this around so quickly, we'll do the same on our end with the LA draft to keep on-target.

   What did you think of Infocast?  I had someone recommend one of their sessions to us last year but I passed in favor of a trade show.  I hadn't heard of it till then.  Worthwhile?

Thanks,

-Frank Oudheusden-
frank.oudheusden@fcxsolar.com
914-262-5818 (mobile)

[FCX solar logo]

On Thu, Mar 21, 2019 at 4:37 PM Tony Etnyre <aetnyre@ftcsolar.com> wrote:

   Chris,

   Tried to call to close this out.   Please give me a call at 512-560-7993

   Best,

   Tony

**From:** Chris Needham <chris.needham@fcxsolar.com>
**Sent:** Tuesday, March 19, 2019 10:13 PM
**To:** Tony Etnyre <aetnyre@ftcsolar.com>; Mitch Bowman <mbowman@ftcsolar.com>
**Cc:** Frank Oudheusden <frank.oudheusden@fcxsolar.com>
**Subject:** FCX IP Term Sheet

Hello Tony and Mitch,

Thank you for your time today. Frank and I are happy to have come to terms and look forward to working with the Voyager team.

Attached is a term sheet that we have attempted to capture the agreed deal within. One note: we've attached the IP strategy document from a while back to the end of the term sheet. Certain details need updated in that specifically, but this is the spirit of what we've discussed. Please review and sign if there are no issues.

We will then send to our lawyer to draft the license agreement and can sign a separate consulting agreement in the meanwhile.

Our goal is to have a mutually acceptable license agreement fully executed the week of 4/1 -4/5. I'm holding the week of 4/8 for a trip to meet with the team and work to fully implement the IP. It is an aggressive goal to have the agreements finalized in this time span, but we believe it is possible with both sides working quickly and if we can minimize revision cycles.

Thank you,

Chris

--

chris.needham@fcxsolar.com

412-274-0541

