UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/31/2022
```

FCX SOLAR, LLC,

              Plaintiff,

v.

FTC SOLAR, INC.,

              Defendant.

No. 21-CV-3556 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Oral argument is scheduled in this case for February 3, 2022 at 11:00 a.m. *See* Dkt. 54. The argument will be conducted virtually via Microsoft Teams videoconference. Members of the public may access the proceeding by using the following dial-in information: Call-in Number: 917-933-2166; Access Code: 931 197 264.

    The Court will email the parties the Microsoft Teams link to appear via video in advance of the argument.

SO ORDERED.

Dated:     January 31, 2022
            New York, New York

_____
Ronnie Abrams
United States District Judge