

3150 Porter Drive  
Palo Alto, CA 94304-1212

T +1.650.838.4300  
F +1.650.838.4350  
PerkinsCoie.com

March 31, 2022

Sarah E. Fowler  
SFowler@perkinscoie.com  
D. +1.650.838.4489  
F. +1.650.838.4350

Hon. Ronnie Abrams, USDJ  
United States District Court  
Southern District of New York  
40 Foley Square, Room 2203  
New York, NY 10007

Re: FCX Solar, LLC v. FTC Solar, Inc., Case Nos. 1:21-CV-03556-RA-DCF, 1:21-CV-8766-RA

Dear Judge Abrams:

We represent Plaintiff FCX Solar, LLC ("FCX") in the above referenced actions. We write to request an extension of time to file FCX's reply claim construction brief to April 18, 2022. We make this request because Defendant FTC Solar, Inc.'s ("FTC") claim construction expert, Dr. Codd, will not be available for deposition until April 11, 2022 and FCX needs adequate time to address Dr. Codd's testimony in its reply. Pursuant to Paragraph 1(D) of Your Honor's Individual Rules & Practices in Civil Cases, FCX states as follows:

(1) The original due date of the reply claim construction brief is April 13, 2022.

(2-3) The parties previously requested extensions of time related to briefing on FTC's Partial Motion to Dismiss, as follows:

> On August 17, 2021, the parties filed a Stipulation, which the Court accepted on August 18, 2021, pursuant to which FCX would file a revised Opposition on August 19, 2021, and FTC's Reply to the revised Opposition was due August 30, 2021. (Dkts. 25, 26.)

> On August 27, 2021, FTC requested that its deadline to file its Reply be extended to September 7, 2021, and the Court granted this request the same day. (Dkts. 28, 29.)

In addition, on November 24, 2021, the parties filed a joint letter motion to modify the scheduling orders in both actions, and the Court granted the motion on November 29, 2021. (Dkts. 51, 52.)

Perkins Coie LLP

156366668.1

Hon. Ronnie Abrams, USDJ
March 31, 2022
Page 2

(4)   FCX has conferred with counsel for FTC and they have consented to this request.

Respectfully submitted,

*Sarah Fowler*

Sarah E. Fowler

cc:   All counsel of record (via ECF)

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
04/01/2022