**PERKINSCOIE**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

May 9, 2022

Gene W. Lee
GLee@perkinscoie.com
D. +1.212.261.6825
F. +1.212.977.1638

**VIA ECF**

Hon. Ronnie Abrams
District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 1007

Re:   *FCX Solar, LLC v. FTC Solar, Inc.*
      Case Nos. 1:21-CV-02556-RA-VF, 1:21-CV-08766-RA (consolidated)
      Letter Motion To Request Adjournment Of Claim Construction Hearing

Dear Judge Abrams:

Plaintiff FCX Solar files this letter motion to request adjournment of the claim construction hearing in Case No. 1:21-CV-08766-RA, which is scheduled for Wednesday, May 11, 2022. There have been no previous requests for adjournment of this hearing. Defendant FTC consents to this request. The requested adjournment does not affect any other scheduled dates because future deadlines in the Amended Case Management Plan And Scheduling Order are keyed off the Court's issuance of a claim construction order. ECF No. 34 in Case No. 1:21-CV-08766-RA.

In recent days, two of my direct family members tested positive for COVID-19 and became sick and bed-bound. I tested positive yesterday. The circumstances will prevent me from preparing for and participating in the claim construction hearing as currently scheduled. For this reason, FCX respectfully requests that the claim construction hearing be adjourned to a later date that is convenient for the Court and the parties.

Respectfully submitted,

/s/ Gene Lee

Gene W. Lee

Application granted.

The Court wishes Mr. Lee and his family a healthy recovery.

The claim construction hearing is hereby adjourned to June 1, 2022 at 11:00 a.m. in Courtroom 1506 of the U.S. District Court for the Southern District of New York, 40 Foley Square, New York, New York.

SO ORDERED.

_____
Hon. Ronnie Abrams
05/09/2022