USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FCX SOLAR, LLC,

                Plaintiff,

        v.

FTC SOLAR, INC.,

                Defendant.

21-CV-3556 (RA)(VF)

ORDER

RONNIE ABRAMS, United States District Judge:

      A brief telephone conference in this matter is hereby scheduled for Thursday, June 16, 2022 at 11:00 a.m. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:   June 14, 2022
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge