USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FCX SOLAR, LLC,

                Plaintiff,

      v.

FTC SOLAR, INC.,

                Defendant.

21-CV-3556 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons stated at today's conference, the Court adopts Plaintiff's proposed constructions for each of the disputed claim terms.

SO ORDERED.

Dated:    June 16, 2022
            New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge