UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X

FCX SOLAR, LLC,

      Plaintiff,

v.

FTC SOLAR, INC.,

      Defendant.
------------------------------------------ X

Case No. 1:21-cv-03556-RA-VF

------------------------------------------ X

FCX SOLAR, LLC,

      Plaintiff,

v.

FTC SOLAR, INC.,

      Defendant.
------------------------------------------ X

Case No. 1:21-cv-08766-RA

## **NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTE THAT John T. Dixon hereby withdraws as counsel of record for Plaintiff FCX Solar, LLC, and requests to be removed from the Court's service list with respect to the above referenced actions. Gene Lee, Matthew Moffa and Jacob Taber of Perkins Coie LLP continue to serve as counsel for the Plaintiff FCX Solar, LLC and all future correspondence and papers in these actions should continue to be directed to them.

Dated:  June 29, 2022

Respectfully submitted,

PERKINS COIE LLP

<u>/s/ *John T. Dixon*</u>
John T. Dixon
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036
Tel.  212.261.6844
Fax. 212.399.3005
JohnDixon@perkinscoie.com

*Attorneys for Plaintiff FCX Solar, LLC*