UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/07/2022
```

FCX SOLAR, LLC,

                Plaintiff,

      v.

FTC SOLAR, INC.,

                Defendant.

21-CV-3556 (RA)(VF)

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of Judge Figueredo's Orders directing the parties to jointly propose a new discovery schedule and scheduling a discovery conference for September 16, 2022, the post-discovery conference previously scheduled before me for October 7, 2022 is hereby adjourned *sine die*. The parties shall submit a letter within one week of the close of discovery notifying the Court that discovery has been completed.

SO ORDERED.

Dated:    September 7, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge