UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FCX SOLAR, LLC

                           Plaintiff,                       21-CV-3556 (RA) (VF)

         -against-                       **ORDER SCHEDULING**
                                                                **DISCOVERY CONFERENCE**

FTC SOLAR, INC.,

                           Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A telephonic Discovery Conference in this matter is hereby scheduled for **Thursday, September 29, 2022, at 3:30 p.m.**  Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

              **SO ORDERED.**

DATED:     New York, New York
               September 14, 2022

                                                                    _____
                                                                    VALERIE FIGUEREDO
                                                                    United States Magistrate Judge