# PERKINSCOIe

*Application Granted*

*Valerie Figueredo, U.S.M.J.*

DATED: 10-31-2022

October 26, 2022

**VIA ECF**

Hon. Valerie Figueredo, Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *FCX Solar, LLC v. FTC Solar, Inc.*,
Case Nos. 1:21-cv-03556-RA-VF, 1:21-cv-08766-RA (consolidated)

**Joint Letter Motion To Stay Proceedings**

Judge Figueredo:

I am counsel for Plaintiff FCX Solar, LLC ("FCX"). I write on behalf of FCX and Defendant FTC Solar, Inc. ("FTC") regarding the captioned consolidated cases, referred to Your Honor for discovery and general pretrial purposes.[1]

On September 28, 2022, Your Honor granted the parties' joint request for a 30-day stay of these cases to allow the parties to work on settlement. The parties were ordered to submit a letter with an update on the status of settlement by November 2, 2022. D.I. 162

The parties hereby notify the Court that they have made progress toward a resolution. The parties believe that there is good cause to extend the stay through November 11, 2022, to continue to conserve party and Court resources and to facilitate the parties' focused efforts to resolve their dispute.

FCX and FTC thus jointly move pursuant to Local Civil Rules 5.2(b) and 7.1(d) for a further stay of the captioned proceedings through November 11, 2022.  The parties will submit a letter with an update on the status of settlement by November 15, 2022.  This is the parties' second request for a stay.

Respectfully submitted,

/s/ Matthew J. Moffa

Matthew J. Moffa
Counsel for Plaintiff FCX Solar, LLC

---

[1] *See* D.I. 46 and order of April 26, 2022. All docket references herein are from the lead -3556 case.

Perkins Coie LLP