UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FCX SOLAR, LLC,

                     Plaintiff,

            -against-

FTC SOLAR, INC.,

                    Defendant.
-----------------------------------------------------------------X

**21-CV-3556 (RA) (VF)**
**21-CV-8766 (RA) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

At the telephonic status conference held before this Court on November 22, 2022, the parties indicated that they are working to finalize a settlement of these matters. Accordingly, all case deadlines are hereby stayed until December 6, 2022. The parties are directed to submit a joint letter updating the Court on the status of settlement by no later than December 6, 2022.

**SO ORDERED.**

DATED:    New York, New York
               November 22, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge