**PERKINS**COIE

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

**T** +1.212.262.6900
**F** +1.212.977.1649
PerkinsCoie.com

January 6, 2023

Application Granted

Valerie Figueredo, U.S.M.J.
DATED:  1-9-2023

**VIA ECF**

Hon. Valerie Figueredo, Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     ***FCX Solar, LLC v. FTC Solar, Inc.*,**
        **Case Nos. 1:21-cv-03556-RA-VF, 1:21-cv-08766-RA (consolidated)**

        **Joint Status Report And Letter Motion To Stay Proceedings**

Dear Judge Figueredo:

I am counsel for plaintiff FCX Solar, LLC ("FCX"). I write on behalf of FCX and defendant FTC Solar, Inc. ("FTC") regarding the captioned consolidated cases, referred to Your Honor for discovery and general pretrial purposes.[1]

On September 28, 2022, Your Honor granted the parties' first joint request for a stay of these cases to allow the parties to work on settlement.  The parties have continued to work diligently toward a final resolution of this matter since that date and have provided periodic updates as requested by the Court.

Most recently, the Court granted the parties' December 19 motion to extend the stay and directed the parties to file this joint status report by January 6, 2023 (D.I. 175).

The parties have finalized a settlement agreement and are now taking the steps required under that agreement to ensure resolution of their dispute.

The parties anticipate filing a stipulation of dismissal of this action within the next two weeks. Accordingly, the parties believe that there is good cause to extend the stay through January 20, 2023, to continue to conserve party and Court resources until such stipulation may be filed.

Respectfully submitted,

*/s/ Matthew J. Moffa*

Matthew J. Moffa
Counsel for Plaintiff FCX Solar, LLC

---

[1] *See* D.I. 46 and order of April 26, 2022. All docket references herein are from the lead -3556 case.